## Kubica Unemployment Compensation Case.

Argued March 19, 1970. *Paul E. Kubica*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Linaberry et vir, Appellants, *v.* Muhlenberg Medical Center.

Argued March 19, 1970. *Charles J. Hair*, with him *Snyder, Doll, Schantz & King*, for appellants; *Robert A. Weinert*, with him *Linn H. Schantz*, for appellee.

Order affirmed.

## Litz *v.* Devon-Strafford Co., Appellant.

Argued March 20, 1970. *Milton S. Lazaroff* and *Robert S. Gawthrop*, and *Gawthrop & Greenwood*, for appellant; *Stanley J. Lieberman*, for appellee.

Judgment affirmed.